IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH SHRIVER, )
 )
    Plaintiff, )
 )
v. ) Case No.
 )
COCHRAN ENTERPRISES, LLC, )
 )
    Defendant. )
 )

## **COMPLAINT**

Plaintiff Kenneth Shriver, by and through counsel, states and alleges for his cause of action against defendant Cochran Enterprises, LLC:

1. Plaintiff Kenneth Shriver is a resident of Kansas. His written consent to join this lawsuit is attached as Exhibit A.

2. Cochran Enterprises, LLC is a for-profit limited liability company organized and existing under the laws of the State of Kansas. Defendant may be served with process through service upon its resident agent, Scott Cochran, at its registered office, 9055 N. Woodlawn, Valley Center, KS 67147.

3. The Court may exercise personal jurisdiction over Defendant.

4. Subject matter jurisdiction exists over Plaintiff's claims against Defendant under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. Subject matter jurisdiction exists over Plaintiff's claims against Cochran Defendant under the Kansas Wage Payment Act, K.S.A. 44-313, et seq., because they are part of the same case or controversy giving rise to the FLSA claims.

5. Venue is proper in Wichita, Kansas.

6. Defendant operates a Mr. Rooter plumbing franchise.

7. Plaintiff is a former employee of Defendant and Defendant was Plaintiff's employer as those terms are defined by the FLSA and KWPA.

8. Plaintiff worked as a plumber and laborer. Plaintiff was involved in interstate commerce for purposes of the FLSA each week that he was employed by Defendant. Specifically, Plaintiff routinely performed repair and maintenance services using goods and machinery which were produced or procured through interstate commerce.

9. Defendant is an enterprise engaged in interstate commerce for purposes of the FLSA because its annual gross volume of sales and business done is not less than $500,000.00, and because it employs two or more employees who are afforded individual coverage under the FLSA and because it employs two or more employees who handle, sell, or otherwise work on goods and materials that have been moved in or produced for commerce.

10. While employed by Defendant, Plaintiff routinely worked in excess of 40 hours per workweek.

11. During part of the time that Plaintiff was employed by Defendant, Defendant paid Plaintiff an hourly wage. Plaintiff frequently worked 50 to 60 hours per week.

12. Defendant only paid Plaintiff for time spent on job sites, and did not pay Plaintiff for time preparing for jobs or traveling to and from jobs. As a result of Defendant's failure to compensate Plaintiff for all time worked, Defendant was deprived of compensation, including overtime premium. This is a violation of the FLSA and KWPA.

13. During part of the time that Plaintiff was employed by Defendant, Defendant paid Plaintiff on a commission basis. Plaintiff was working or engaged to wait anywhere from 60 to 85 hours per week.

14. Defendant's commission payments to Plaintiff fell below minimum wage and failed to compensate for overtime premium. This is a violation of the FLSA.

15. Throughout the entire time that Plaintiff was employed by Defendant, Defendant deducted Plaintiff's earned wages for uniform laundry and rental and charge back warranties. Defendant did not launder Plaintiff's uniforms. None of the deductions accrued to Plaintiff's benefit. The deductions violated the KWPA, and to the extent they contributed to wages falling below minimum wage and overtime premium, the FLSA.

WHEREFORE, Plaintiff prays for an award of all unpaid minimum wage straight time and overtime premium due him as a result of Defendant's illegal compensation policies, an equal amount as liquidated damages, prejudgment and post-judgment interest, attorneys' fees, costs and expenses incurred in litigating this action, and any other relief the Court deems just and equitable.

**Plaintiff demands a jury trial.**

**Plaintiff designates Wichita, Kansas as the place of trial.**

DATE: June 13, 2017.

Submitted By:

GRAYBILL & HAZLEWOOD, LLC

    /s/ Nathan Elliott
Sean M. McGivern, #22932
Nathan R. Elliott, #24657
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
nathan@graybillhazlewood.com
***Attorneys for Plaintiff***